IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DISABILITY RIGHTS PENNSYLVANIA, | : | |
| Plaintiff, | : | |
| v. | : | NO. 2:23-CV-03481 |
| CHESTER COUNTY and HOWARD HOLLAND, in his Official Capacity as Acting Warden of Chester County Prison, | : | JUDGE PRATTER |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendants Chester County and Howard Holland in the above-captioned matter.

/s/ Timothy E. Gates
Timothy E. Gates (PA ID 202305)
tgates@mbklaw.com
Myers, Brier & Kelly, LLP
240 North Third Street, 5th Floor
Harrisburg, PA 17101
570-342-6100

/s/ Fred J. Lokuta
Fred J. Lokuta (PA ID 326254)
flokuta@mbklaw.com
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
570-342-6100

Date: November 6, 2023

*Counsel for Defendants Chester County and Howard Holland*

## **CERTIFICATE OF SERVICE**

I, Timothy E. Gates, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 6th day of November 2023:

>Alexandra Hermann, Esquire
>Disability Rights Pennsylvania
>1800 John F. Kennedy Boulevard
>Suite 900
>Philadelphia, PA  19103
>ahermann@disabilityrightspa.org

>/s/ Timothy E. Gates
>Timothy E. Gates